# EXHIBIT A-2

**Registration Number**
# VA 2-380-659
**Effective Date of Registration:**
December 18, 2023
**Registration Decision Date:**
January 29, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** October 03, 2023 to October 03, 2023

### Title

| | |
|---|---|
| **Title of Group:** | *PREMIUM-EXCLUSIVE* *MUST CALL FOR PRICING* Anya Taylor-Joy and Malcolm McRae get married out in the romantic city of Venice at the Palazzo Pisani Moretta on the Grand Canal. - set number BGUK_2742750 - 187 images |
| **Number of Photographs in Group:** | 187 |
| • **Individual Photographs:** | 41343393, 41343392, 41343391, 41343390, 41343389, 41343388, 41343387, 41343386, 41343385, 41343384, 41343383, 41343382, 41343381, 41343380, 41343379, 41343378, 41343377, 41343376, 41343375, 41343374, 41343373, 41343372, 41343371, 41343370, 41343369, 41343368, 41343367, 41343366, 41343365, 41343364, 41343363, 41343362, 41343361, 41343360, 41343359, 41343358, 41343357, 41343356, 41343355, 41343354, 41343353, 41343352, 41343351, 41343350, 41343349, 41343348, 41343347, 41343346, 41343345, 41343344, 41343343, 41343342, 41343341, 41343340, 41343339, 41343338, 41343337, 41343336, 41343335, 41343334, 41343333, 41343332, 41343331, 41343330, 41343329, 41343328, 41343327, 41343326, 41343325, 41343324, 41343323, 41343322, 41343321, 41343320, 41343319, 41343318, 41343317, 41343316, 41343315, 41343314, 41343313, 41343312, 41343311, 41343310, 41343309, 41343308, 41343307, 41343306, 41343305, 41343304, 41343303, 41343302, 41343301, 41343300, 41343299, 41343298, 41343297, 41343296, 41343295, 41343294, 41343293, 41343292, 41343291, 41343290, 41343289, 41343288, 41343287, 41343286, 41343285, 41343284, 41343283, 41343282, 41343281, 41343280, 41343279, 41343278, 41343277, 41343276, 41343275, 41343274, 41343273, 41343272, 41343271, 41343270, 41343269, 41343268, 41343267, 41343266, 41343265, 41343264, 41343263, 41343262, 41343261, 41343260, 41343259, 41343258, 41343257, 41343256, 41343255, 41343254, 41343253, 41343252, 41343251, 41343250, 41343249, 41343248, 41343247, 41343246, 41343245, 41343244, 41343243, 41343242, 41343241, 41343240, 41343239, 41343238, 41343237, 41343236, 41343235, 41343234, 41343233, 41343232, 41343231, 41343230, 41343229, 41343228, 41343227, 41343226, 41343225, 41343224, 41343223, 41343222, 41343221, 41343220, 41343219, 41343218, 41343217, 41343216, 41343215, 41343214, 41343213, 41343212, 41343211, 41343210, 41343209, 41343208, 41343207 |
| **Published:** | October 2023 |

### Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** October 03, 2023
**Latest Publication Date in Group:** October 03, 2023
**Nation of First Publication:** United States

## Author

- **Author:** Alessandro Masini
  **Author Created:** photographs
  **Work made for hire:** No
  **Domiciled in:** Italy

## Copyright Claimant

**Copyright Claimant:** Xposure Photo Agency Inc.
c/o Perkowski Legal, P.C., 515 S. Flower St., Suite 1800, Los Angeles, CA, 90071, United States
**Transfer statement:** By written agreement

## Certification

**Name:** Jon Nicolini
**Date**: December 18, 2023
**Applicant's Tracking Number**: BGUK_2742750

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.