# EXHIBIT B-1

