# EXHIBIT B-2

